IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v )<br>) Civil Action No. H-18-4020<br>JAGMAIL S. GILL )<br>)<br>Defendant. ) | |

### ORDER GRANTING UNITED STATES' MOTION FOR RECONSIDERATION

Pending before the Court is the United States' Motion for Reconsideration on Time to Serve Defendant. Good cause having been shown, the Motion is GRANTED.

Accordingly, the time limit set forth in Fed.R.Civ.P. 4(m) does not apply to the United States service the defendant in this case.

Signed this 13 day of June, 2019.

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

1