UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-18-4020 |
| JAGMAIL S. GILL, | § § § | |
| *Defendant*. | § | |

## ORDER

Plaintiff shall file a status report with the court on or before Friday, December 6, 2019.

Signed at Houston, Texas on November 22, 2019.

_____
Gray H. Miller
Senior United States District Judge