**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | Civil Action No. H-18-4020 |
| JAGMAIL S. GILL, and | ) | |
| AMARJIT K. GILL | ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTION OF DEATH**

Pursuant to Federal Civil Procedure Rule 25, the United States informs the Court as follows:

1.    On April 28, 2020, Counsel for Jagmail and Amarjit Gill informed the United States that Jagmail Gill had passed away on April 2, 2020, in the United Kingdom.

2.    The United States is unaware if an estate has been opened on behalf of Jagmail Gill or if an executor/executrix has been named to represent the Estate of Jagmail Gill.  Thus, the United States cannot request to substitute parties at this time.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754
(214) 880-9741 (facsimile)
Herbert.W.Linder@usdoj.gov
ATTORNEYS FOR UNITED STATES

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that service of the foregoing document has been made on May 14, 2020, by

regular mail to:

Nicole M. Elliott
HOLLAND & KNIGHT
800 17th Street NW, NW, Suite 1100
Washington, DC 20006

Joshua D. Smeltzer, Esq.
Brown Fox, PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

<u>/s/Herbert W. Linder</u>
HERBERT W. LINDER