UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>vs.<br><br>JAGMAIL S. GILL and AMARJIT K. GILL,<br>    Defendants. | §<br>§<br>§<br>§  Case No.: 4:18-cv-04020<br>§<br>§<br>§<br>§ |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Annapoorni R. Sankaran, Heather M. Elliott and the firm Holland & Knight LLP, on behalf of Defendants Jagmail S. Gill and Amarjit K. Gill (collectively "Defendants"). Joshua David Smeltzer, Esq., of the firm Gray Reed & McGraw will continue as counsel for Defendants.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By:  *s/ Annapoorni R. Sankaran*
Annapoorni R. Sankaran
Anna.Sankaran@hklaw.com
Texas Bar No. 24071918
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone:  (713) 821-7000
Facsimile: (713) 821-7001

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on counsel identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>Herbert W. Linder, Esq.
>Department of Justice
>717 N. Harwood, Suite 400
>Dallas, TX 75201
>Telephone: 214.880.9754
>Facsimile: 214.880.9774
>Email: Herbert.W.Linder@usdoj.gov

>Joshua David Smeltzer
>Gray Reed & McGraw
>1601 Elm Street
>Suite 4600
>Dallas, TX 75201
>972-922-0129
>Email: jsmeltzer@grayreed.com

>*/s/ Annapoorni R. Sankaran*
>Annapoorni R. Sankaran