United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-4020 |
| | § | |
| JAGMAIL S. GILL ET AL, | § | |
| | § | |
| *Defendants*. | § | |

## Order

The record indicates that a scheduling order has not been entered for this case. The parties are hereby ORDERED to file a proposed joint scheduling order by July 23, 2021.

Signed at Houston, Texas on July 7, 2021.

_____
Gray H. Miller
United States District Judge