IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:18-cv-04020 |
| | ) |
| AMARJIT K. GILL, as PERSONAL REPRESENTATIVE OF THE ESTATE OF JAGMAIL GILL, and AMARJIT K. GILL, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO REOPEN CASE
AND ENTER JOINT STIPULATION OF DISMISSAL**

The Court has considered the Joint Motion to Reopen Case and Enter Joint Stipulation of Dismissal filed by the parties:

It is therefore Ordered that the above captioned case is hereby opened.


DATE: _____        _____
                                                                                        UNITED STATES DISTRICT COURT