IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:18-cv-04020 |
| ) | |
| AMARJIT K. GILL, as PERSONAL ) | |
| REPRESENTATIVE OF THE ESTATE OF ) | |
| JAGMAIL GILL, and ) | |
| AMARJIT K. GILL, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the Complaint and any Counterclaims in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Herbert W. Linder
HERBET W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9754
(214) 880-9741 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

1

/s/ Joshua Smeltzer
JOSHUA D. SMELTZER
(Attorney in Charge)
Texas Bar No. 24113859
S.D. Texas No. 351059
DAVID C. GAIR
Texas Bar No. 24059792
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jsmeltzer@grayreed.com
dgair@grayreed.com

ATTORNEYS FOR AMARJIT KAUR GILL
AS REPRESENTATIVE FOR THE
ESTATE OF JAGMAIL S. GILL

## CERTIFICATE OF SERVICE

I certify that on August 9, 2022, notice of filing of this document was made by delivery of the notice of electronic filing that is automatically generated by ECF on the following registered ECF users pursuant to Local Rule 5.1(d):

Nicole M. Elliott
Holland & Knight
800 17th Street NW, NW, Suite 1100
Washington, D.C. 20006

Joshua D. Smeltzer
David C. Gair
1601 Elm Street, Suite 4600
Dallas, Texas 75201

/s/Herbert W. Linder
HERBERT W. LINDER